# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS
## PURSUANT TO 28 U.S.C. § 1915

Bernard Kennedy, III
_____
Plaintiff(s),

v.                                                    Case No. _____

AFNI, INC.,
_____
Defendant(s).

I request leave to commence this civil action without prepayment of fees, costs, or security therefor pursuant to 28 U.S.C. § 1915. In support of my request, I submit the attached financial affidavit and state that:

(1) X  I am unable to pay such fees, costs, or give security therefor.
(2) X  I am entitled to commence this action against the defendant(s).
(3)    I request that the court direct the United States Marshal's Service to serve process.

*Bernard Kennedy*
Original Signature

Bernard Kennedy
Name (print or type)
49 Rose Street
Street Address
Branford     CT        06405
City          State     Zip Code
(203) 481-4040
Telephone Number

Rev.1/11/08                             1

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

## FINANCIAL AFFIDAVIT IN SUPPORT OF
## MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS
## PURSUANT TO 28 U.S.C. § 1915

Bernard T. Kennedy, III
Plaintiff(s),

v.

AFNI, INC.
Defendant(s).

Case No. _____

I declare that:

(1) X  I am unable to pay such fees, costs, or give security therefor.

(2) X  I am entitled to commence this action against the defendant(s).

I further state that the responses I have made to the questions below relating to my ability to pay the cost of prosecuting this action and other matters are true.

**MARITAL STATUS**
Single X   Married ____   Separated ____   Divorced ____
If separated or divorced, are you paying any support or any form of maintenance?
Yes ____  No ____
Dependents: Wife ____ Children # ____ Others # ____
and relationship _____
Please provide the names and ages of your children. **IF A CHILD IS A MINOR (UNDER AGE 18), PLEASE IDENTIFY THE CHILD BY <u>INITIALS</u> ONLY.**
Name _____  Age ____
Name _____  Age ____
Name _____  Age ____

**RESIDENCE**
Street Address: 49 Rose Street
City: Branford          State: CT
Zip Code: 06405         Telephone: 203-481-4040

Rev.1/11/08                    2

**EDUCATION**
Please circle the highest level of formal education you have received:
Grammar School   K 1 2 3 4 5 6 7 8      High School   9 10 11 12
College   1 2 3 (4)    Post-Graduate   1 2 3 4

**EMPLOYMENT**
If <u>employed</u> at present, complete the following:
Name of employer: _____None_____
Address of employer: _____
How long employed by present employer: _____
Income:   Monthly _____   Weekly _____

If <u>self-employed</u> state weekly wages: _____
What is the nature of your employment? _____

If <u>unemployed</u> at present, complete the following:
I have been unemployed since the ____ day of _____, 19__
The name of my last employer: _College Student Just Graduated_
Address: _____
Telephone #: ( ) _____
The last salary or wages received: _____

If <u>spouse</u> is employed, please complete the following:
Name of employer: _____
How long employed: _____
Income:   Monthly _____   Weekly _____
What is the nature of spouse's employment? _____

If on <u>welfare</u> or receiving <u>unemployment benefits</u> complete the following:
I have been on welfare or receiving unemployment benefits
since: _____
I am receiving $_____ monthly _____ weekly _____
for myself and family of _____.

If receiving <u>social security</u>, <u>disability</u> or <u>workers' compensation</u> benefits complete the following:
I have been receiving social security, disability or workers' compensation benefits
since: _____.
I am receiving $_____ monthly _____ weekly _____.

**FINANCIAL STATUS**
Owner of real property?   Yes ____   No _X_
If yes, description: _____
Address: _____
In whose name? _____
Estimated value: _____
Amount owed: _____

Rev.1/11/08                            3

Owed to: _____
Total: _____ Monthly payment _____

Owed to: _____
Total: _____ Monthly payment _____
Annual income from property: _____

Other property:
Automobile: Make _Chevc_____ Model _Lumina___ Year _1998_
Registered owner(s) name(s): _Bernard Kennedy_____
Present value of automobile: _$750._____
Owed to: _____ None_____
Amount owed: _____

Cash or Securities on hand:
Cash in banks and savings and loan associations: ___0_____
Names and addresses of banks and associations: ___0_____

Stocks or bonds owned:
Indicate current value and name of company and number of shares of stock or identify bonds : _____

**OBLIGATIONS:**
Monthly rental on house or apartment:           $_____
Monthly mortgage payment on house:              $_____
Gas bill per month:                             $_____
Electric bill per month:                        $_____
Phone bill per month:                           $_____
Car payments per month:                         $_____
Car insurance payments per month:               $_____
Other types of insurance payments per month     $_____
Monthly payments to retail merchants:           $_____
  Please list: _Student Loan_____         $ _$10,000.__
  Please list: _____          $_____
Monthly payments on any other outstanding
loans or debts:                                 $_____
  Please list: _____          $_____
  Please list: _____          $_____
Any money owed to doctors, hospitals, lawyers
  Please list: _____          $_____
  Please list: _____          $_____
Monthly payment for maintenance or child support
under separation or dissolution agreement:      $_____
Estimated monthly expenditure on food:          $_____

Rev.1/11/08                     4

Estimated monthly expenditure on clothing: $ _____

Total amount of monthly obligations: $ _____

Other information pertinent to financial status: (Include stocks, bonds, savings bonds, interests in trusts either owned or jointly owned):

Live with my Father. I am Looking For work.

**PREVIOUS LITIGATION:**
If you have ever filed a case in this district, provide the following information for each case you have filed. If you need additional space, please continue on a separate sheet.

| | Case Number | Case Caption | Disposition of Case |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

Date: 4-26-11

*Bernard Kennedy*
Bernard Kennedy
Original Signature of Affiant

## DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Date: 4-26-11

*Bernard Kennedy*
Bernard Kennedy
Original Signature of Affiant

Rev.1/11/08

5